UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MARTIN BROWN**,
    **Plaintiff,**

                                          CASE NO.: 2:17-cv-01766-PP

-against-

**BLUESTEM BRANDS, INC., D/B/A FINGERHUT,,**
    **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>March 26, 2018</u>
                                            By: */s/ Joseph C. Hoeffel*
                                                 Joseph C. Hoeffel, Esq.
                                                 Kimmel & Silverman, P.C.
                                                 30 East Butler Pike
                                                 Ambler, PA 19002
                                                 Phone: 215-540-8888
                                                 Facsimile: 877-788-2864
                                                 Email: jhoeffel@creditlaw.com
                                                 Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

Fingerhut / Bluestem Brands
7075 Flying Cloud Drive
Eden Prairie MN 55344

By: */s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Facsimile: 877-788-2864
Email: jhoeffel@creditlaw.com
Attorney for Plaintiff